**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No:   6:23-cv-163-ACC-LHP

MUSTAFA E. AL-SHAER,

    Defendant

---

## ORDER GOVERNING DISCOVERY

This cause comes before the undersigned upon referral from the presiding District Judge and after a preliminary pretrial conference. Doc. Nos. 17, 31. As stated on the record at the conference, it is **ORDERED** as follows:

1. Upon Defendant's agreement, the relevant time period for which Defendant must produce Swiss bank records includes the years **2006 to 2015**. Defendant must produce bank records **for this time period** from the following Swiss bank institutions: **Coutts & Co., Ltd., European Financial Group, and Union Bancaire Privée.** Defendant will also produce records

for the Swiss holding company **Allied Finance Trust AG**, but may raise objections to the production, as appropriate.[1]

2. The issues regarding the depositions of Ellen Brody and Gail Huber are premature. The United States may revisit this issue later in discovery, if appropriate.

3. The United States' Motion to Compel Responses to Discovery Demands (Doc. No. 24) is **DENIED as moot**. By agreement of the parties, Defendant will serve on the United States amended responses to the Requests for Admissions on or before **May 26, 2023**. *See* Doc. No. 29, at 3. Defendant shall further supplement his discovery responses and interrogatories to include the Swiss bank records from 2006 to 2015.[2]

4. The Court recognizes and appreciates the parties' conferral efforts prior to the pretrial conference, and encourages the parties to continue to conduct discovery cooperatively, and to engage in good faith efforts to resolve discovery disputes without involvement of the Court. *See* Middle District Discovery (2021) § (1)(A); Local Rule 3.01(g).

---

[1] The United States withdrew its request to compel Defendant to sign waivers for these records. *See* Doc. No. 29. Thus, Defendant will be required to produce only those documents in his current possession, custody, or control.

[2] As stated on the record at the hearing, Defendant withdraws his objection to producing documents that may already be in the possession of the United States.

**DONE** and **ORDERED** in Orlando, Florida on May 26, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties